

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2179

March 20, 2023

VIA ECF
Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

    Re:    *Salvana v. New York State Department of Corrections and Community Supervision, et al.*
            Docket No. 21-735 (BKS/ML)

Honorable Judge Lovric:

    This office represents Defendants in the above-referenced litigation. Please accept this letter in response to the Court's request for a status report on this matter. The parties have exchanged written discovery requests. Presently, Defendants' responses to Plaintiff's discovery demands are due on March 29, 2023. Plaintiff's responses to Defendants' discovery demands are due on April 28, 2023. Additionally, in response to Plaintiff's request for electronically stored information ("ESI"), Defendants have identified in excess of 100,000 documents responsive to Plaintiff's requests. The parties are presently discussing methods to reduce responsive ESI to a more manageable level and will continue to work together for a mutually agreeable resolution.

    We thank the Court for its consideration.

                                      Respectfully submitted,

                                      s/ Jorge A. Rodriguez

                                      Jorge A. Rodriguez
                                      Assistant Attorney General
                                      Bar Roll No. 516423
                                      Jorge.Rodriguez@ag.ny.gov

CC:    VIA ECF
          All Counsel of Record