

Mehri & Skalet, PLLC, 2000 K Street NW
Suite 325, Washington, DC 20006
findjustice.com / 202.822.5100 / @findjusticelaw
DC / CHI

August 30, 2024

**VIA ECF**
Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261

      **Re**: Salvana v. New York State Dept. of Corrections and Community Supervision, et al.
      **Case No.**: 5:21-cv-00735

Dear Judge Sannes,

      Plaintiff's counsel recently obtained records pursuant to a subpoena in a related state action. These documents were not previously made available to Plaintiff. We believe the five pages of documentation and cover message from the Assistant Attorney General representing DOCCS are relevant for the Court's consideration of the parties' respective pending motions for summary judgment. We believe that such documents conclusively prove that Dr. Salvana was turned down from a position at the Cayuga Correctional Facility in retaliation for his protected activity. Defendants' position is that such position was unavailable, which is contrary to what DOCCS' documents show.

      As a result, Counsel respectfully asks the Court leave to supplement Plaintiff's Motion for Summary Judgment with these documents.

      Thank you for your consideration in this matter.

                                                            Respectfully submitted,

Mehri & Skalet, PLLC, 2000 K Street NW
Suite 325, Washington, DC 20006
findjustice.com / 202.822.5100 / @findjusticelaw
DC / CHI

**Mehri & Skalet, PLLC**
/s/ Andrea Forsee
Andrea Forsee (*pro hac vice*)
Richard Condit (*pro hac vice*)
2000 K St NW, Suite 325
Washington, DC 20006
(202) 822-5100

**Cooper Irving & Savage, LLP**
Carlo A.C. de Oliveira
Bar Roll No.: 516271
20 Corporate Woods Blvd Suite 501
Albany, New York 12211
(518) 449-3900

CC: VIA ECF
All Counsel of Record

findjustice.com